UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LOCAL 888 HEALTH FUND,

                    Plaintiffs,

    - against -

EMPIRE STOVE, CO.

                    Defendant.

-----------------------------------------------------------------X

Index No:

**FED. R. CIV. PRO. 7.1**

08 CIV. 7271

JUDGE KARAS

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate disqualification or recusal, the undersigned attorney of record for plaintiff certifies that the following are corporate parents, subsidiaries, or affiliated of that party.

None:

Dated: August 6, 2008

                                            Bryan C. McCarthy, ESQ. (BM 8495)